AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13-cv-01071

FILED-CLERK
U.S. DISTRICT COURT

2014 FEB 24 AM 10: 12

TX EASTERN-MARSHALL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ZTE (USA) Inc.
was received by me on *(date)* 01/22/2014

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jim Wang, Legal Counsel , who is designated by law to accept service of process on behalf of *(name of organization)*
ZTE (USA) Inc. on *(date)* 01/23/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1-29-14

*Server's signature*

Carlos Barrera - Private Process Server
*Printed name and title*

1920 Abrams Pkwy., #375, Dallas, TX 75214
*Server's address*

Additional information regarding attempted service, etc: